ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

United States of America
v.

RICHARD PENA

*Defendant*

Case No. 3:22-cr-00092-SI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RICHARD PENA,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy

Interstate Transportation of Stolen Property

Date: 03/11/2022

s/P. Scheneman
*Issuing officer's signature*

City and State: Portland, Oregon

P. Scheneman, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE 3/25/22
ARRESTED BY FBI

*Arresting officer's signature*

U.S. MARSHAL

*Printed name and title*